UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Myra McDonald, as Trustee on behalf of heirs of Carrie Mae Crawford, Decedent,

Plaintiff,

v.

JOHNSON & JOHNSON and JANSSEN PHARMACEUTICA, INC.,

Defendants.

Civil Action No. 01-1968 ADM/SRN

**STIPULATION AND ORDER OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendant Johnson & Johnson to answer or otherwise plead in response to the Complaint in the above-entitled action is hereby extended until the Conditional Transfer Order to MDL-1355 becomes final and until the responsive pleading deadline is established by the MDL court as directed under the MDL Pretrial Order No. 1. This Stipulation and Order is without prejudice to further negotiations and/or further applications to the Court regarding an additional extension of time to answer or otherwise plead in response to the Complaint.

**ZIMMERMAN REED, P.L.L.P.**

Charles S. Zimmerman, #120054
Ronald Goldser, #35932
James P. Watts, #273053
Timothy J. Becker, #256663
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400
**Attorneys for Plaintiff**

**FAEGRE & BENSON LLP**

Joseph M. Price, ## 88201
Sonja Miller-Van Oort, #278087
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 336-3000

**Attorneys for Defendants**

NOV 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

SO ORDERED:

Susan R. Nelson
United States Magistrate Judge

M2:20424991.01